**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MARISA HUDSON**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **MARISA HUDSON,** | No.   2:18-CV-02812-AC |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to July 16, 2019.

This is a first extension based on plaintiff's counsel's other work, including other federal court briefs and in particular because he would have four opening briefs due on the same day if he did not arrange extensions of time that include time for his other work.

[Pleading Title] - 1

Dated: June 18, 2019 /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: June 18, 2019  */s/ per e-mail authorization*
MICHAEL MARRIOTT
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to July 16, 2019.

SO ORDERED.

Dated: June 19, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE