1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8985
7       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARISA HUDSON, ) | Civil No. 2:18-cv-02812-AC |
| ) | |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| ) | **FOR A FIRST EXTENSION OF TIME** |
| v. ) | **FOR DEFENDANT TO FILE HER MSJ** |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file his motion for summary judgment. Defendant respectfully requests this extension of time because of an extremely heavy workload, including ten other district court due within the next month, as well preplanned leave upcoming in August as part of a family vacation.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Monday, September 16, 2019.

Respectfully submitted,

Date: *August 15, 2019*   By:   */s/ Jesse S. Kaplan\**
JESSE S. KAPLAN
*\* By email authorization on August 15, 2019*
Attorney for Plaintiff

Date: *August 15, 2019*   McGREGOR W. SCOTT
United States Attorney

By:   */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: August 19, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ