1 McGREGOR W. SCOTT
United States Attorney
2 DEBORAH LEE STACHEL
3 Regional Chief Counsel, Region IX
Social Security Administration
4 MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
5  160 Spear Street, Suite 800
6  San Francisco, California 94105
 Telephone: (415) 977-8985
7  Facsimile: (415) 744-0134
 E-Mail: Michael.Marriott@ssa.gov
8
9 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARISA HUDSON, ) | Civil No. 2:18-cv-02812-AC |
| ) | |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| ) | **FOR A SECOND EXTENSION OF TIME** |
| v. ) | **FOR DEFENDANT TO FILE HER MSJ** |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 15 days to file her motion for summary judgment. Defendant respectfully requests this extension of time because of an illness to the undersigned, and because he has a Ninth Circuit responsive brief to complete this week.

Stip. to Extend Def.'s MSJ

1

| | | | |
|---|---|---|---|
| 1 | The new due date for Defendant's MSJ will be Tuesday, October 1, 2019. | | |
| 2 | | | |
| 3 | | | Respectfully submitted, |
| 4 | | | |
| 5 | Date: *September 16, 2019* | By: | */s/ Jesse S. Kaplan\** |
| 6 | | | JESSE S. KAPLAN |
| | | | *\* By email authorization on September 16, 2019* |
| 7 | | | Attorney for Plaintiff |

Date: *September 16, 2019*    McGREGOR W. SCOTT
United States Attorney

By:    */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: September 17, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2